judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. It appeared that plaintiff, a steward on board of one of defendant's steamships, was the last of a line of men carrying bags of soiled linen from the hold to the deck and that while mounting the stairs the man ahead turned so that the bag he was carrying struck plaintiff causing him to fall down the stairs, from which he received the injuries complained of. The Appellate Division held that no negligence was shown on part of defendant.

*James A. Gray* and *William S. Butler* for appellant.

*John C. Donovan, William A. De Groot* and *Irving L. Evans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CHARLES ASPINALL, Appellant, *v.* THE CITY OF NEW YORK, Respondent, Impleaded with Another.

*Negligence — motor vehicles — New York city — municipal corporations — injury to plaintiff through negligent operation by city employee of automobile in which plaintiff was riding by invitation — city not liable.*

*Aspinall* v. *City of New York*, 221 App. Div. 753, affirmed.

(Argued November 30, 1927; decided December 16, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1927, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of an employee of defendant city of New York, who having invited the plaintiff and another to ride in an automobile owned by the city

operated it recklessly and carelessly so as to bring it in collision with another automobile, through which plaintiff received the injuries complained of. The Appellate Division held: " In taking plaintiff to his home, the driver of respondent's automobile was not acting in the discharge of the city's business. The act was beyond the authority of the municipal corporation. Section 282-e of the Highway Law does not impose any liability upon the city under the proof."

*Ralph G. Barclay* and *Louis Rothbard* for appellant.

*George P. Nicholson, Corporation Counsel (Joseph P. Reilly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

WILLIAM M. PACK, Respondent, *v.* LINDE AIR PRODUCTS COMPANY, Appellant.

*Contract — services — action to recover for alleged wrongful discharge.*

*Pack* v. *Linde Air Products Co.*, 220 App. Div. 781, affirmed.

(Argued November 30, 1927; decided December 16, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 27, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was instituted to recover damages for breach of an oral contract of employment, the complaint alleging the making of such contract on or about March 14, 1922, for the term of one year at a yearly salary payable in monthly installments, the performance of the terms thereof, two successive renewals of the hiring by implication, each for the further period of one year, and defendant's wrongful discharge of plaintiff on August 1, 1924.

*Julian C. Harrison, De Witt V. D. Reiley, William E. Reinhardt* and *Ashley T. Cole* for appellant.

*Henry M. Flateau* for respondent.